UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHER DIVISION

**ROBERT W. KAMPHUIS**

                       **Plaintiff,**         C.A. No.: 06-cv-13610-BC

**-v-**                                           Hon. Thomas L. Ludington


**BENJAMIN E. WOLFF,**

                       **Defendant.**
_____/

RICHARD L. STEINBERG (P25862)
Richard L. Steinberg, P.C.
1800 Buhl Building
535 Griswold Street
Detroit, Michigan 48226-3663
313.964.5500
FAX: 313.964.5555
E-Mail: Trial.law@att.net
Counsel for Plaintiff


**JUDGMENT**

THIS CAUSE came on to be heard on the Plaintiff's Application for Entry of Judgment by Default, and the memoranda of law, and affidavits, in support thereof, and the Court haven taken testimony, and received exhibits into evidence, in open Court, on April 16, 2007, and being otherwise informed in the premises, for good cause shown, the Court finds that the Plaintiff's Application for Entry of Judgment by Default to be well-taken, and ought to be granted; and,

IT IS NOW THEREFORE ORDERED that the Plaintiff's Application for Entry of Judgment by Default [dkt #14] be, and hereby is, granted; and,

IT IS FURTHER ORDERED that Judgment is hereby entered in favor of the Plaintiff, Robert W. Kamphuis, and against the Defendant, Benjamin E. Wolf, in the sum of ONE HUNDRED TWENTY-FIVE THOUSAND DOLLARS ($125,000.00); and,

IT IS FURTHER ORDERED that the Plaintiff is awarded pre-judgment interest from August 11, 2006 (the date of the filing of the Plaintiff's Complaint) until June 15, 2007 (the date of entry of this Judgment), in the sum of FIVE THOUSAND ONE-HUNDRED NINETY-SEVEN DOLLARS AND NINE CENTS ($5197.09); and, shall continue thereafter at the rate of four and ninety-three hundredths per centum (4.93%), all pursuant to M.C.L. §600.6013(7); and, until a Satisfaction of Judgment is filed; for a total Judgment in favor of the Plaintiff, and against Defendant, in the sum of ONE HUNDRED THIRTY THOUSAND, ONE HUNDRED NINETY-SEVEN DOLLARS AND NINE CENTS ($130, 197.09), plus future interest from the date hereof; and,

IT IS FURTHER ORDERED that the preliminary injunction previously entered by this Court is made permanent; and,

IT IS FURTHER ORDERED that the Plaintiff may tax his costs.

IT IS SO ORDERED.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: June 18, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 18, 2007.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS